# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153081(125)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

KENYA ALI HYATT,
      Defendant-Appellee.

_____/

SC: 153081
COA: 325741
Wayne CC: 13-032654-FC

On order of the Chief Justice, the motion of amicus curiae Attorney General to share the oral argument time with counsel for plaintiff-appellant is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2017



Clerk